J. C. TAYLOR, Warden, United States
Penitentiary, Leavenworth, Kansas,
Appellant,

v.

Freddie Charles PORTWOOD, Appellee.

No. 6363.

United States Court of Appeals
Tenth Circuit.

Nov. 4, 1960.

David Rubin (Joseph M. F. Ryan, Jr., Washington, D. C., Wilbur G. Leonard, Topeka, Kan., and Harold H., Greene Washington, D. C., on the brief), for appellant.

No appearances for appellee.

Before MURRAH, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

MURRAH, Chief Judge.

The facts in this case are ruled by the decision in Taylor v. Godwin, 10 Cir., 1960, 284 F.2d 116. The judgment is reversed on the authority of that case.